USDC SCAN INDEX SHEET










LMH   7/6/00   13:57
3:00-CR-00641   USA V. POPLAWSKI
*17*
*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. __THOMAS J. WHELAN__    DEPUTY CLERK:__COREY SPADONI__    REPORTER: __LINDA NELSON__

00CR0641-W         USA VS     PATRICK AARON POPLAWSKI(1)(C)         56923-198

HEARING REPORT P/O &         KEITH RUTMAN, APPTD.
SENTENCE
GUILTY PLEA CT 1             AUDRA IBARRA, AUSA

IND 2 CTS
21 USC 952,960
21 USC 841(a)(1)

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**SENTENCING**

THE DEFENDANT IS COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS
FOR 12 MONTHS AND 1 DAY.
3 YEARS SUPERVISED RELEASE.
$100.00 PENALTY ASSESSMENT, ORDERED REMITTED. NO FINE.
COUNT TWO ORDERED DISMISSED.

DATE_7/5/00___                    INITIALS:_____
                                              DEPUTY